HAROLD SMITH, Respondent, v. MARY SMITH, Appellant.— Motion for leave to prosecute appeal as a poor person granted. Irving Rivkin, Esq., 25 Hyatt Street, Staten Island, N. Y., is assigned as counsel for the defendant-appellant. Motion for stay denied. Motion for other relief denied, without prejudice to an application to the Special Term for all or any part of such other relief sought, without costs. Our prior decision is not to be interpreted as barring any further action during the pendency of the action by the Special Term, upon an appropriate hearing, with respect to the custody of the children. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 762.]

DOROTHY BROTHERS, Respondent, v. THOMAS G. SANCHEZ et al., Appellants. — Motion by appellant, Sanchez, for permission to appeal to the Court of Appeals denied, with $10 costs. Motion by appellant, Burke, for permission to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 912.]

In the Matter of PAUL SIMONE, on Behalf of Himself and All Others Similarly Situated, Appellant-Respondent, against J. EDWARD CONWAY et al., Constituting the State Civil Service Commission, Respondents-Appellants.— On petitioner-respondent's application for disposition of his cross appeal, the determination of the Civil Service Commission having been confirmed, the cross appeal is dismissed as academic, and the decision of this court handed down May 19, 1954 (284 App. Div. 95), amended accordingly. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.